937 A.2d 975

WALTER SROCZYNSKI, PETITIONER–RESPONDENT, v. JOHN MILEK, T/A JOHN MILEK CONSTRUCTION, RESPONDENT–RESPONDENT, AND NEW JERSEY MANUFACTURERS INSURANCE COMPANY, RESPONDENT–MOVANT, AND UNINSURED EMPLOYERS FUND, RESPONDENT–RESPONDENT, AND ROBERT WOOD JOHNSON UNIVERSITY HOSPITAL, INTERVENOR–RESPONDENT.

December 6, 2007.

ORDERED that the motion for leave to appeal is granted.